UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MAYA SPECIAL MARITIME ENTERPRISE § § Plaintiff, § § v. § § Tug M.L. CROCHET, her engines, § tackle, appurtenances, etc., *in rem*, § CROCHET BOAT COMPANY, § *in personam*, and D&S MARINE § SERVICE, L.L.C., *in personam*, § § Defendants. § | C.A. NO. 4:13-cv-01871 Admiralty – Rule 9(h) |

## ORDER TO SEIZE A VESSEL

1. The United States Marshal for the Southern District of Texas is ordered to:

    A. Seize the Tug M.L. CROCHET, her engines, tackle, appurtenances, etc.;

    B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or his agent; and

    C. Return the warrant promptly.

2. At the sole risk and expense of the vessel's interests, normal cargo operations may continue, and the vessel may shift to another berth within the Port of Houston.

3. The vessel may be released from seizure without a further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the Court has not entered an order to the contrary.

Dated: 8 August 2013

_____
UNITED STATES DISTRICT JUDGE

2091119-1