UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MAYA SPECIAL MARITIME ENTERPRISE § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Tug M.L. CROCHET, her engines, § <br> tackle, appurtenances, etc., *in rem*, § <br> CROCHET BOAT COMPANY, § <br> *in personam*, and D&S MARINE § <br> SERVICE, L.L.C., *in personam*, § <br> § <br> Defendants. § | C.A. NO. 4:13-cv-01871 <br> Admiralty – Rule 9(h) |

## WARRANT TO SEIZE A VESSEL

TO:    The United States Marshal

You are commanded immediately to arrest the Tug M.L. CROCHET, her engines, tackle, appurtenances, etc. and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

Clerk of Court

Dated: 8 August 2013    By: _Stephanie D Logue_
                                                          Deputy Clerk

2091027-1